United States District Court
Southern District of Texas
**ENTERED**
May 23, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MOHAMED AZAAN JUNANI *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-24-176 |
| § | |
| KASHIF KABANI, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 11), this action is dismissed.

SIGNED on May 23, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge